UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**Hamilton,**

                                 Plaintiffs,                              **ORDER RE STATUS CONFERENCE**

              -against-                                                   *7:25 cv 9295 NSR VR*

**Ezras Choilim Health Center,**

                                 Defendant.

-------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **March 3, 2026 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties

should be prepared to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.


        **SO ORDERED.**

DATED:    White Plains, New York
          January 27, 2026

                                                              _____
                                                              VICTORIA REZNIK
                                                              United States Magistrate Judge