

*Attorneys at Law*
45 BROADWAY, FLOOR 28, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 20, 2026

<u>*Via ECF*</u>:
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601



     **Re:**    ***Hamilton v. Ezras Choilim Health Center, Inc.***
             Case No.: 7:25-cv-09295-(NSR)(VR)

Dear Judge Reznik:

We represent the Plaintiff, Jacqueline Hamilton, in the above-referenced matter.

The Parties are jointly reaching out to the Court to respectfully ask for leave to proceed with private mediation in lieu of the SDNY mediation program. (It is our understanding that the SDNY mediation office does not object.)  Although the case was referred to court mediation, and a mediator was assigned, a session did not occur because the parties were unable to reach agreement with the designated mediator regarding scheduling.

The Parties have mutually agreed to proceed with a private mediator, and a mediation date of May 20, 2026, is now on hold[1], pending the Court's approval of private mediation.

To conserve resources and promote settlement, the Parties further respectfully and jointly ask that discovery be stayed pending completion of the mediation. The Parties will submit a joint status letter promptly after the May 20 session to inform the Court of the outcome, should this be acceptable to the Court.

We thank you for your time and consideration.

           Respectfully submitted,

           **PHILLIPS & ASSOCIATES,**
           **ATTORNEYS AT LAW, PLLC**

              /s/ Dorina Cela

---

[1]    Despite our best efforts, no earlier date could be reserved, nor was the court-assigned mediator available May 20th.

Dorina Cela, Esq.
Corey Kadash, Esq.
*Attorneys for Plaintiff*
45 Broadway, Floor 28
New York, NY 10006
(212) 248-7431
dcela@tpglaws.com
ckadash@tpglaws.com

Via Email and ECF
Jordan Sklar, Esq.
Kaufman Dolowich
*Attorneys for Defendants*
245 Main Street, Suite 330
White Plains, NY 10601
914-688-1205
jsklar@kaufmandolowich.com

The parties' request is **GRANTED**. By no later than **May 22, 2026**, the parties are directed to submit a joint letter updating the Court on the outcome of their mediation. Discovery is stayed until that date.

The telephonic status conference currently scheduled for March 3, 2026, at 10:30 a.m. is **canceled**. (ECF No. 16).

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 17.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 2/23/2026

2